# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

RECO K. HALL, : No. 182 WAL 2016
:
Petitioner :
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
v. :
:
:
PENNSYLVANIA BOARD OF :
PROBATION AND PAROLE, :
:
Respondent :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 22nd day of August, 2016, the Petition for Allowance of Appeal is **DENIED**.